1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROYCE SUNG KWARK,                        No.  2:15-cv-1085 CKD P

12                   Petitioner,

13           v.                                 ORDER

14    RON RACKLEY,

15                   Respondent.

16

17           Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ

18    of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

19           The application attacks a conviction issued by the Superior Court of California, County of

20    Los Angeles.  While both this court and the United States District Court in the district where

21    petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.

22    484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

23    application are more readily available in Los Angeles County.  Id. at 499 n.15; 28 U.S.C. §

24    2241(d).

25    /////

26    /////

27    /////

28    /////

                                                  1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2  transferred to the United States District Court for the Central District of California.

3  Dated:  May 28, 2015

4  _____
   CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

6

7

8  2/kly
   kwar1085.108
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2